**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6279**

———————

JOHN A. FREEMAN, II,

                                        Petitioner - Appellant,

        versus

COMMONWEALTH OF VIRGINIA; ATTORNEY GENERAL OF
THE COMMONWEALTH OF VIRGINIA; RON ANGELONE,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-00-8)

———————

Submitted:  June 30, 2000          Decided:  September 12, 2000

———————

Before MURNAGHAN[*] and NIEMEYER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

John A. Freeman, II, Appellant Pro Se.

———————

        [*] Judge Murnaghan participated in the consideration of this
case but died prior to the time the decision was filed.  The
decision is filed by a quorum of the panel pursuant to 28 U.S.C.
§ 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John A. Freeman, II, seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying reconsideration. We have reviewed the record and the district court's opinions and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Freeman v. Virginia, No. CA-00-8 (W.D. Va. Jan. 6 & 28, 2000; Feb. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2